UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

DIANNA BURKINDINE

    Plaintiff,

V.                                         CIVIL ACTION NO
                                              1:09-cv-02414-JFM

I.C. SYSTEM, INC.

Defendant.                                      DECEMBER 17, 2009

## NOTICE OF DISSMISSAL

The plaintiff through her attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed with prejudice and without costs, subject to approval of the Court.

                                                          THE PLAINTIFF

                                                          BY/S/Bernard T. Kennedy
                                                          Bernard T. Kennedy, Esquire
                                                          The Kennedy Law Firm
                                                          P.O. Box 657
                                                          Edgewater, MD 21037
                                                          Ph   (443) 607-8901
                                                          Fax (443) 607-8903
                                                          Fed. Bar # Md26843
                                                          bernardtkennedy@yahoo.com

## *CERTIFICATION*

I hereby certify that on 12/17/09 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy